```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Aharon Chesler

    v.                                                        Case No. 25-cv-20-SM

Robert T. Chesler

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 5, 2025, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                                              _____
                                                              Steven J. McAuliffe
                                                              United States District Judge

Date: May 7, 2025

cc:   Aharon Chesler, pro se
       Christopher Snook, Esq.